# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 25, 2022

## NO. 03-21-00694-CR

**Forrest Newsom, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
MODIFIED AND AFFIRMED IN PART; REVERSED AND REMANDED IN PART
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment of conviction entered by the county court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the county court's judgment of conviction. Therefore, we modify Appellant's judgment of conviction for the Class B misdemeanor of criminal mischief to reflect that he was convicted of the Class C misdemeanor of criminal mischief and affirm the judgment of guilt as modified. We reverse the part of the judgment imposing sentence and remand to the county court for a new punishment hearing for that offense. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.